UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself
and all others similarly situated,

                      Plaintiffs,

-against-

LINGUA FRANCA NYC, INC.

                      Defendant.
---------------------------------------------------------x

Case No. 1:23-cv-06873-DG-MMH

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**
**WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ ("Plaintiff") and LINGUA FRANCA NYC, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _____Sept. 6_____, 2024

| | |
|---|---|
| The Law Office of Noor A. Saab | Gordon & Rees, LLP |
| By: _____ | By: _____ |
| Noor A. Saab Esq. | Jeremi L. Chylinski, Esq. |
| *Attorney for the Plaintiff* | *Attorney for the Defendant* |
| 380 North Broadway, Penthouse West | 1 Battery Park Plaza, 28th Fl |
| Jericho, New York 11753 | New York, NY 10004 |
| Tel: 718-740-5060 | Tel: 212-269-5500 |
| Email: noorasaablaw@gmail.com | Email: jchylinski@gordonrees.com |

SO ORDERED:

Dated: _____, 2024

                                                                               _____
                                                                               United States District Judge